Fill in this information to identify the case:

United States Bankruptcy Court for the:

**District of Kansas**

Case number (if known) _____ Chapter **7**

☐ Check if this an amended filing

Official Form 205
# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against a non-individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code** — Check one:

   ■ Chapter 7
   ☐ Chapter 11

### Part 2: Identify the Debtor

2. **Debtor's name**: AxentAdvance Capital, LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or doing business as names.

4. **Debtor's federal Employer Identification Number (EIN)**
   ☐ Unknown
   47-3260805
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | c/o Paul Miller | Reg. Agent: Vomer Agent Services Co. |
   | Number  Street | Number  Street |
   | 9241 High Drive | 8101 College Blvd., Suite 101 |
   | | P.O. Box |
   | Leawood KS 66206-0000 | Overland Park KS 66210-0000 |
   | City  State  Zip Code | City  State  Zip Code |
   | Johnson | Location of principal assets, if different from principal place of business |
   | County | Number  Street |
   | | City  State  Zip Code |

6. **Debtor's website (URL)** _____

7. **Type of debtor**
   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business** — Check one:
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

Official Form 205 — Involuntary Petition Against a Non-Individual — page 1

Debtor  **AxentAdvance Capital, LLC**                                Case number (if known) _____

- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the types of business listed.
- ☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☐ No
■ Yes. Debtor

| | | |
|---|---|---|
| Debtor **Axentia Card Solutions, LLC** | Relationship | **Related Entity** |
| District **District of Kansas** Date filed MM/DD/YYYY | Case number, if known | |

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☐ No
■ Yes. Debtor

| | | |
|---|---|---|
| Debtor **Axent-Midwest Capital, LLC** | Relationship | **Related Entity** |
| District **District of Kansas** Date filed MM/DD/YYYY | Case number, if known | |

## Part 3: Report About the Case

**10. Venue**  Check one:

■ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

■ The debtor is generally not paying its debts as they become due, unless they are in the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

■ No
☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| James G. Miller | State Court Judgment on Promissory Note | $3444088.07 |
| | | $ |
| | | $ |
| | Total of petitioners' claims | $3444088.07 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each statement under penalty

of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

### Petitioners or Petitioners' Representative

**Name and mailing address of petitioner**
James G. Miller
Name

50 Pine Street
Number   Street

Wellesley Hills MA 02481-0000
City                State        Zip Code

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

City                State        Zip Code

I declare under penalty of perjury that the foregoing is true and correct.
Executed on   June 4, 2024
              MM / DD / YYYY

/s/ James G. Miller
Signature of petitioner or representative, including representative's title

### Attorneys

Sharon L. Stolte
Printed name

Sandberg Phoenix & von Gontard PC
Firm name, if any
4600 Madison Ave.
Suite 1000
Number   Street
Kansas City MO 64112-0000
City                State        Zip Code
Contact phone   816-627-5543   Email   sstolte@sandbergphoenix.com

Bar number   14302

State   MO

/s/ Sharon L. Stolte
Signature of attorney
Date signed   June 4, 2024
              MM / DD / YYYY